■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ALGERIO, Appellant.

Defendant's contentions with respect to the propriety of the prosecutor's summation have not been preserved for appellate review as a matter of law (*see,* CPL 470.05 [2]). In any event, we conclude that the allegedly improper remarks did not serve to deprive defendant of fair trial (*see, People v Roopchand,* 107 AD2d 35). Titone, J.P., Bracken, Rubin and Lawrence, JJ., concur.